

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE LANDA-RODRIGUEZ, *et al.*,<br><br>Defendant. | Case No. 2:18-CR-00173-GW<br><br>ORDER OF DETENTION |

I.

On August 3, 2018, Defendant RAMIRO ANDRADE made his initial appearance in this district on the Indictment filed in the United States District Court for the Central District of California, Case No.2:18-cr-00173-GW.

The Court appointed Jerome Haig of the CJA Panel to represent Defendant. On this date, David Thomas specially appeared to represent Defendant. The Court instructed Mr. Thomas to relay all information regarding the day's hearing to Mr. Haig.

The Court conducted a detention hearing based on a motion by the Government pursuant to 18 U.S.C. § 3142(f)(2) in a case allegedly involving a serious risk that the defendant will flee, and a serious risk that the defendant will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate a prospective witness or juror, or attempt to do so.

Defendant submitted on the Pretrial Services Officer's recommendation of detention.

## II.

The Court finds that no condition or combination of conditions will reasonably assure: ☒ the appearance of the defendant as required.

☒ the safety of any person or the community.

The Court bases its conclusions on the following:

As to risk of non-appearance:
- Defendant has a history of bench warrants;
- There are no available bail resources;
- There is an active "No Bail" warrant for fraud.

As to danger to the community:
- The alleged offense;
- Defendant has an extensive record of criminal history;
- Defendant has gang affiliations;
- Defendant uses illegal substances.

## III.

In reaching this decision, the Court considered: (a) the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled

2

substance, firearm, explosive, or destructive device; (b) the weight of evidence against the defendant; (c) the history and characteristics of the defendant; and (d) the nature and seriousness of the danger to any person or the community. [18 U.S.C. § 3142(g)] The Court also considered the report and recommendation of the U.S. Pretrial Services Agency.

V.

IT IS THEREFORE ORDERED that Defendant be detained until trial. The defendant will be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant will be afforded reasonable opportunity for private consultation with counsel. On order of a Court of the United States or on request of any attorney for the Government, the person in charge of the corrections facility in which defendant is confined will deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding. [18 U.S.C. § 3142(i)]

Dated: Aug. 6, 2018

HON. MARIA A. AUDERO
UNITED STATES MAGISTRATE JUDGE