1
2
3
4
5
6
7

**FILED**
CLERK, U.S. DISTRICT COURT

**DEC 1 3 2022**

CENTRAL DISTRICT OF CALIFORNIA
BY

8        **UNITED STATES DISTRICT COURT**

9        **CENTRAL DISTRICT OF CALIFORNIA**

10

11   UNITED STATES OF AMERICA,          Case No. CR-18-00173-GW-56

12                    Plaintiff,
                                        **ORDER OF DETENTION AFTER**
13        v.                            **HEARING**
                                        **[Fed.R.Crim.P. 32.1(A)(6);**
14                                      **18 U.S.C. § 3143(A)]**

15   Ramiro Andrade,

16                    Defendant.

17

18

19        The defendant having been arrested in this District pursuant to a warrant

20   issued by the United States District Court for the *Central District of California*

21   for alleged violation(s) of the terms and conditions of his/~~her~~ [~~probation~~]

22   [supervised release]; and

23        The Court having conducted a detention hearing pursuant to Federal Rule of

24   Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

25        The Court finds that:

26   A.   ☒      The defendant has not met his/her burden of establishing by clear and

27        convincing evidence that he/she is not likely to flee if released under 18,

28        U.S.C. § 3142(b) or (c). This finding is based on *Defendant submitted to detention.*

1 _____

2 _____

3 _____

4 and/or

5 B.    ☒      The defendant has not met his/her burden of establishing by clear and

6 convincing evidence that he/she is not likely to pose a danger to the safety of

7 any other person or the community if released under 18 U.S.C. § 3142(b) or

8 (c).  This finding is based on: _Defendant Submited to detention_

9 _____

10 _____

11 _____

12

13        IT THEREFORE IS ORDERED that the defendant be detained pending the

14 further revocation proceedings.

15

16 Dated: _12/13/2022_

17

18

19                                    _____

20                          ALEXANDER F. MacKINNON
                            UNITED STATES MAGISTRATE JUDGE

21

22

23

24

25

26

27

28

2